NONPRECEDENTIAL DISPOSITION
To be cited only in accordance with
Fed. R. App. P. 32.1

# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

Submitted August 12, 2010
Decided August 19, 2010

**Before**

ILANA DIAMOND ROVNER, *Circuit Judge*

DIANE S. SYKES, *Circuit Judge*

JOHN DANIEL TINDER, *Circuit Judge*

| | |
|---|---|
| No. 09-2925 | Appeal from the<br>United States District Court for the |
| UNITED STATES OF AMERICA,<br>    *Plaintiff-Appellee,* | Northern District of Indiana,<br>Fort Wayne Division. |
| *v.* | No. 1:03cr78-001 |
| ANTHONY L. ROGERS,<br>    *Defendant-Appellant*. | James T. Moody,<br>*Judge*. |

**O R D E R**

Anthony Rogers appeals from an order revoking his supervised release and sentencing him to a term of reimprisonment without further supervised release. Our review of the case suggested that Rogers was released from prison shortly after his appellate counsel moved to withdraw under *Anders v. California*, 386 U.S. 738 (1967), so we questioned whether the appeal was moot. We asked counsel to file a supplemental statement addressing that point. Counsel confirms that Rogers has been released from custody without further supervision and states that he is not aware of any collateral consequences of the revocation.

Because Rogers has already completed his sentence and faces no collateral consequences of the revocation of supervised release, this appeal can no longer provide him any relief.  *See Spencer v. Kemna*, 523 U.S. 1, 7, 14 (1998); *United States v. Hardy*, 545 F.3d 280, 283-85 (4th Cir. 2008); *United States v. Mazzillo*, 373 F.3d 181, 182 (1st Cir. 2004); *United States v. Trotter*, 270 F.3d 1150, 1152-53 (7th Cir. 2001); *United States v. Shabazz*, 230 F.3d 899, 901 (7th Cir. 2000)*.*  Accordingly, the appeal is DISMISSED as moot.